DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

DONNA HURST, as personal representative for the Estate of
Howard Mathews,

Appellant,

v.

DAYMON BELL,

Appellee.

No. 2D2025-0645

———————————————

May 27, 2026

Appeal from the Circuit Court for Manatee County; Edward Nicholas,
Judge.

Brent Steinberg and Brenna Spinner of Swope, Rodante, P.A., Tampa, for
Appellant.

No appearance by Appellee.


PER CURIAM.

     Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.